UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION and ZENION INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SHANGHAI NEO.TEC ELECTRON CO., LTD, <br><br> Defendant. | Case No.  C 05-01806 CW <br><br> ORDER RE SUBSTITUTION OF COUNSEL FOR DEFENDANT |

IT IS HEREBY ORDERED that E. Joseph Dean and Andrew F. Brimmer of Stoel Rives LLP are substituted as attorneys of record in this matter for defendant Shanghai Neo.Tec Electron Co., Ltd. in place of Thomas J. Filarski and Mark H. Remus of Brinks Hofer Gilson & Lione.

Dated: 6/16/05

/s/ CLAUDIA WILKEN

Claudia Wilken
United States District Court Judge

C 05-01806 CW                              -1-                              [PROPOSED] ORDER

Portlnd3-1519201.3 0062492-00001

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **AMENDED NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT and [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL FOR DEFENDANT** on the following named persons on the date indicated below by

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

☐ email

☒ notice of electronic filing using the Cm/ECF system

to said persons a true copy thereof, contained in a sealed envelope, addressed to said persons at his or her last-known addresses indicated below.

Noelle J. Day
Amy G. O'Toole
Bell, Boyd & Lloyd LLC
Three First National Plaza
70 West Madison, Suite 3300
Chicago, IL  60602

Jeffrey W. Shopoff
Gregory S. Cavallo
Shopoff & Cavallo LLP
353 Sacramento Street, Suite 1040
San Francisco, CA  94111
   Attorneys for Plaintiffs

Thomas J. Filarski
Mark H. Remus
Brinks Hofer Gilson & Lione
NBC Tower, Suite 3600
455 N Cityfront Plaza Drive
Chicago, IL  60611-5599
   Attorneys for Shanghai Neo.Tec Electron Co., Ltd.

DATED:  June 13, 2005.           STOEL RIVES LLP

                                 /s/ E. Joseph Dean (electronically signed)
                                 E. Joseph Dean
                                 Of Attorneys for Defendant Shanghai Neo.Tec
                                    Electron Co., Ltd.