UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**
NOV 21 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

SHARPER IMAGE CORPORATION, a Delaware corporation, and ZENION INDUSTRIES, INC., a California corporation,

Plaintiffs,

v.

SHANGHAI NEO.TEC ELECTRON CO., LTD,

Defendant.

Case No. C 05-01806 CW

[~~PROPOSED~~] ORDER EXCUSING ZHU FAJIAN FROM ATTENDING EARLY NEUTRAL EVALUATION SESSION

After considering the reasons stated in Zhu Fajian's November 8, 2005 letter,

IT IS HEREBY ORDERED that Zhu Fajian, Manager for defendant, Shanghai Neo.Tec Electron Co., Ltd., be excused from attending the Early Neutral Evaluation session scheduled for November 30, 2005, *on two conditions: (1) Mr. Fajian must be available ~~throughout the session~~ by telephone for the entire ENE session, and (2) Shanghai Neo.Tec must be represented at the session by counsel who is thoroughly familiar with the relevant evidence & law.*

Dated: November ____, 2005

_____
ADR Magistrate Judge Wayne D. Brazil
11-21-05

cc: CW, WDB, ADR, neutral, stats, requesting party with direction to serve all parties

[PROPOSED] ORDER EXCUSING ZHU FAJIAN FROM ATTENDING EARLY NEUTRAL EVALUATION SESSION

1

C 05-01806 CW

PortInd3-1533799.1 0062492-00001