e. robert (bob) wallach (SBN 290780)
Lawyer-Counselor
Law Offices of e. robert (bob) wallach, P.C.
155 Jackson Street, No. 602
San Francisco, CA 94111
(415) 989-6445

Alan L. Barry (*pro hac vice*)
Amy G. O'Toole (*pro hac vice*)
Heather A. Boice (*pro hac vice*)
BELL, BOYD & LLOYD, LLC
70 West Madison Street, Suite 3300
Chicago, IL 60602
(312) 372-1121

Attorneys for Plaintiffs Sharper Image Corporation
and Zenion Industries, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation, and ZENION INDUSTRIES, INC., a California corporation,<br><br>             Plaintiffs,<br><br>     v.<br><br>SHANGHAI NEO.TEC ELECTRON CO., LTD.,<br><br>             Defendant. | Case No.  C 05-01806 CW<br><br>**STIPULATED ORDER OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, by agreement of plaintiffs, Sharper Image Corporation and Zenion Industries, Inc., and defendant, Shanghai Neo.Tec Electron Co., Ltd., and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. All remaining claims asserted by either plaintiff are dismissed with prejudice.

2. The remaining counterclaims of defendant are dismissed without prejudice.

3. All claims having been disposed of, the case is dismissed, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: March 8, 2006    /s/ Alan L. Barry (electronically signed and filed)
Alan L. Barry
Amy G. O'Toole
Bell, Boyd & Lloyd LLC
70 West Madison, Suite 3300
Chicago, IL  60610
(312) 372-1121

e. robert (bob) wallach
Lawyer-Counselor
Law Offices of e. robert (bob) wallach, P.C.
155 Jackson Street, No. 602
San Francisco, CA  94111

Attorneys for Plaintiffs, Sharper Image Corporation and Zenion Industries, Inc.

DATED: February 6, 2006    /s/ E. Joseph Dean (electronically signed and filed)
E. Joseph Dean
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 294-9459

Andrew F. Brimmer
STOEL RIVES LLP
111 Sutter Street, Suite 700
San Francisco, California 94104
Telephone:  (415) 617-8900

Attorneys for Defendant,
Shanghai Neo.Tec Electron Co., Ltd.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/13/06    _____
Honorable Claudia Wilken
United States District Court Judge

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America, and I am employed in Chicago, Illinois. I am over the age of 18 and not a party to the within action. My business address is 70 West Madison Street, Suite 3300, Chicago, Illinois 60602.

On March 9, 2006, I served the foregoing STIPULATED ORDER OF DISMISSAL via electronic filing on the parties or their counsel shown below:

>E. Joseph Dean
>Stoel Rives LLP
>900 SW Fifth Avenue, Suite 2600
>Portland, OR  97204
>
>Andrew F. Brimmer
>Stoel Rives LLP
>111 Sutter Street, Suite 700
>San Francisco, CA  94104

/s/ Alan L. Barry (electronic signature)
Alan L. Barry